UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUINTON STROUD,

        Plaintiff,

v.                                Case No. 10-12515

                                    HONORABLE JULIAN ABELE COOK, JR.

COMMISSIONER OF SOCIAL
 SECURITY,

        Defendant.

_____/

## JUDGMENT

On this date, the Court entered an order in which it adopted the Report and Recommendation of Magistrate Judge Mark A. Randon granting the Motion for Summary Judgment by the Defendant, and denying the Motion for Summary Judgment by the Plaintiff.

Accordingly, a judgment shall be entered in favor of the Defendant, Commissioner of Social Security and against the Plaintiff, Quinton Stroud.

Date: September 30, 2011                                   s/Julian Abele Cook, Jr.
                                                                       JULIAN ABELE COOK, JR.
                                                                                        U.S. District Court Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on September 30, 2011

                                                                                                        s/ Kay Doaks
                                                                                                          Case Manager